FILED

2019 SEP 25 PM 1:23

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:19-cr-434-T-02CPT
     18 U.S.C. § 2252(a)(2)
SEAN FERRARESI   18 U.S.C. § 2252(a)(4)(B)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 2, 2016, in the Middle District of Florida, and elsewhere, the defendant,

SEAN FERRARESI,

did knowingly receive and attempt to receive a visual depiction using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, the visual depiction being specifically identified in the computer file titled CBaby 7-3yo girl eat cum (2m44s).mpg.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT TWO

On or about April 7, 2016, in the Middle District of Florida, and elsewhere, the defendant,

SEAN FERRARESI,

did knowingly receive and attempt to receive a visual depiction using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, the visual depiction being specifically identified in the computer file titled BABY RAPE-1.jpg.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE

On or about April 12, 2016, in the Middle District of Florida, and elsewhere, the defendant,

SEAN FERRARESI,

did knowingly possess a matter, which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting

interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## **FORFEITURE**

1.   The allegations contained in Counts One, Two, and Three are incorporated by reference for the purpose of alleging forfeiture under the provisions of 18 U.S.C. § 2253.

2.   Upon conviction of the violation of 18 U.S.C. § 2252(a)(2) or 18 U.S.C. § 2252(a)(4)(B), the defendant shall forfeit to the United States, under 18 U.S.C. § 2253, his interest in:

   a.   Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

   b.   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

    3.    The property to be forfeited includes, but is not limited to, the following: a red HP laptop with serial number CND60436SJ, a Dell laptop with serial number 23988209365, and a Toshiba laptop with serial number 2E126326Q.

    4.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Colin P. McDonell
Assistant United States Attorney

By: _____
Amanda L. Riedel
Assistant United States Attorney
Acting Chief, Special Victims Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

SEAN FERRARESI

## INDICTMENT

Violations: 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 25th day

of September 2019.

_____
Clerk

Bail $_____